IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:25-CR-00041-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| BRENDA DAVENPORT VIA, | |
| Defendant. | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Exclusion of Time Under the Speedy Trial Act (Doc. No. 2). Pursuant to 18 U.S.C. § 3161(h)(2), the Motion seeks to exclude a 36-month period in computing the time within which any trial be commenced upon the charges contained in the Information (Doc. No. 1) against Defendant in this matter. The Court has carefully considered this motion and the record of the case and will **GRANT** the Motion.

The United States and Defendant have entered into a Deferred Prosecution Agreement (the "DPA"). *See* Doc. No. 3. As set forth in the DPA, if Defendant complies with the terms and provisions of the DPA, the United States has agreed to defer prosecution of Defendant for a period of 36 months and thereafter to dismiss the Information with prejudice. *Id.* at ¶¶ 10, 15, 16. Defendant has expressly waived her right to indictment on the charges contained in the Information and waived her right to a speedy trial pursuant to the Sixth Amendment of the United States Constitution, 18 U.S.C. § 3161, Federal Rule of Criminal Procedure 48(b), and any applicable Local Rules of this Court. *Id.* at ¶¶ 4, 7-8.

1

Pursuant to 18 U.S.C. § 3161(h)(2), the Court may exclude from computing time under the Speedy Trial Act "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant."

**NOW THEREFORE IT IS ORDERED THAT** the parties' Joint Motion for Exclusion of Time Under the Speedy Trial Act (Doc. No. 2) is **GRANTED**. The 36-month period following the date of this Order shall be excluded in computing the time within which any trial must be commenced upon the charges contained in the Information against Defendant in this matter.

**SO ORDERED**.

Signed: August 28, 2025

Kenneth D. Bell
United States District Judge